**Order filed January 3, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00794-CV
_____

**ROBERT PRIMO, Appellant**

**V.**

**SCOTT ROTHENBERG, Appellee**

**On Appeal from the 133rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-68391A**

## O R D E R

Appellant's motion filed December 16, 2013, to supplement the clerk's record is granted. We note that under Rule 34.5(c) leave of court is not required for supplementation. Tex. R. App. P. 34.5(c).

The supplemental clerk's record was filed December 30, 2013.

Accordingly, appellant's motion filed December 16, 2013, to extend time to file appellant's brief is granted to **February 3, 2014.**

Because no separate motion to consolidate has been filed, no other relief is granted.


PER CURIAM